```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL                         JS 6
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    California Bar No. 151792
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7     Federal Courthouse, 14th Floor
       312 North Spring Street
 8     Los Angeles, California 90012
       Telephone: (213) 894-6528
 9     Facsimile: (213) 894-7177
       E-mail: Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 08-5402 DSF (PJWx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $68,500.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DELROY CHANG, | ) | |
| | ) | |
| Claimant. | ) | |

Plaintiff the United States of America filed this action against the defendant $68,500.00 in U.S. currency (the "defendant currency") on August 18, 2008. Notice was given and published in

accordance with law.  Delroy Chang ("claimant") filed an answer in this action on September 11, 2008.  No other parties have appeared in this action, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $65,500.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $3,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant, to be dispersed forthwith, and returned to claimant Delroy Chang.  Said funds shall be forwarded by a check made payable to "Delroy Chang" in

|  |  |
|---|---|
| 1 | the amount of $3,000.00 and shall be mailed to Delroy |
| 2 | Chang, 5848 Trinity Street, Philadelphia, PA 19143. |
| 3 | 5. Claimant hereby releases the United States of America, |
| 4 | its agencies, agents, and officers, including employees |
| 5 | and agents of the Drug Enforcement Administration, from |
| 6 | any and all claims, actions or liabilities arising out |
| 7 | of or related to this action, including, without |
| 8 | limitation, any claim for attorney's fees, costs or |
| 9 | interest which may be asserted on behalf of claimant, |
| 10 | whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 11 | 6. The Court finds that there was reasonable cause for the |
| 12 | seizure of the defendant currency and institution of |
| 13 | these proceedings. This judgment shall be construed as |
| 14 | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 15 | § 2465. |

DATED: 1/23/09

*/s/ Dale S. Fischer*

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel and pro se appear on the next page.]**

```
 1   Approved as to form and content:

 2   Dated: January ___, 2009      THOMAS P. O'BRIEN
                                   United States Attorney
 3                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
 4                                 Chief, Criminal Division
                                   STEVEN R. WELK
 5                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
 6

 7                                 /s/
                                   _____
 8                                 LISABETH SHINER
                                   Special Assistant United States Attorney
 9                                 Asset Forfeiture Section

10                                 Attorneys for Plaintiff
                                   United States of America
11

12   Dated: January ___, 2009

13
                                          /s/
14                                 _____
                                   DELROY CHANG
15
                                   Pro Se
16

17

18

19

20

21

22

23

24

25

26

27

28

                                   4
```